## (September 11, 1959)

■ In the Matter of the CITY OF NEW YORK (SEWARD PARK SLUM CLEARANCE PROJECT). 339 GRAND STREET CORPORATION; J. S. GARLICK PARKSIDE MEMORIAL CHAPELS, INC.— Motion granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including September 30, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ PENN-OHIO STEEL CORPORATION et al. v. ALLIS-CHALMERS MANUFACTURING COMPANY.— Motion granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of JOSEPH TRACHTMAN, as Executor of SAUL H. BOURNE, Deceased. MARY E. KEEDICK; MARY M. BOURNE.— Motion granted on condition that the appeal be argued or submitted on September 22, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MAX GROSS against NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD et al.— Motion granted only insofar as to permit movant, United Restaurant Liquor Dealers of Manhattan, Inc., to serve and file its brief amicus curiæ with this court on or before September 23, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MAX GROSS against NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD and STATE LIQUOR AUTHORITY.— Motion granted only insofar as to permit movant, State Restaurant Liquor Dealers Association of New York, Inc., to serve and file its brief amicus curiæ with this court on or before September 23, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MAX GROSS against NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD and STATE LIQUOR AUTHORITY.— Motion granted and the clerk is directed to place the appeal at the head of the Enumerated Calendar of this court for argument or submission on October 7, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of FIDEL SEGARRA, Appellant, against JOHN DOE et al., Respondents.— The order at Special Term is unanimously affirmed, without costs. Insofar as the additional relief that was sought, namely, that the name of the candidate for leader be placed on the ballot, the application must be denied for failure to confer jurisdiction upon the court by serving necessary parties (Matter of Swan v. Cohen, 286 N. Y. 678; Gassman, Election Law, § 95). On the merits there is insufficient in the record to establish that the petitioner proffered proof of the validity of a sufficient number of signatures. Moreover, examination by this court of the work sheets and summary of the Board of Elections shows prima facie that there are insufficient valid signatures. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of FIDEL SEGARRA against JOHN DOE et al.— Motion granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (September 15, 1959)

■ NATHAN D. WOLF et al., v. JACOB GOLD et al.— Motion for extension of time denied, with $10 costs. Defendants are directed to answer within 10 days after the service of a copy of the order entered herein, with notice of

entry thereof. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ NATHAN D. WOLF et al., v. JACOB GOLD et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants serve and file a new notice of argument for the October 1959 Term of this court on or before September 21, 1959. Respondents' points are to be served and filed on or before September 24, 1959, and reply points, if any, are to be served and filed on or before September 29, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of IRVNG STOOPACK, Respondent, against GEORGE A. FULLER COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYLVESTER W. A. MURPHY, Respondent, v. MARGARET McK. KAPLAN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOHN PRAINO, an Infant, by FRANK PRAINO, His Guardian ad Litem, et al., Appellants, v. MORRIS RABINOWITZ et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FROHMA W. FRIED, Appellant, v. PAUL J. FRIED, Respondent.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MARIE RODRIGUEZ, Appellant, v. FLORENCE B. CANALS, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ AMAURY RUIZ, Appellant, v. FIRST ELEPHANT ESTATES, INC., et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent First Elephant Estates, Inc. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CHARLES BARNETT CO., INC., Respondent, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYLVIA JACOBSON, Appellant, v. HERBERT JACOBSON, Respondent.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Claim of CLARA COBLINER, Appellant, against CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ H. PENELOPE BLUM, Respondent, v. STEVEN E. BLUM, Appellant.— Order so far as appealed from affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of JOSEPH BONANNO, Appellant, against JOHN W. RYAN, JR., et al., Constituting the Commission of Investigation of the State of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.